FILED - LN
February 17, 2021 12:11 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: eod /        SCANNED BY: /

Founded in 1852
by Sidney Davy Miller

**MILLER CANFIELD**

Ashley N. Higginson
TEL +1.517.483.4912
E-MAIL Higginson@millercanfield.com

**Miller, Canfield, Paddock and Stone, P.L.C.**
120 N. Washington Square, Suite 900
One Michigan Avenue Building
Lansing, Michigan 48933
TEL (517) 487-2070
FAX (517) 374-6304
millercanfield.com

MICHIGAN
ILLINOIS
NEW YORK
OHIO
WASHINGTON, D.C.
CANADA
CHINA
MEXICO
POLAND
QATAR

February 11, 2021

**VIA FIRST CLASS MAIL**

Clerk of the Court
United States District Court, Western District of Michigan
138 Federal Bldg
315 W Allegan St NW
Lansing MI 48933

Re: Peckham v Wilson
Case No.: 20-cv-565

Dear Clerk:

Enclosed please find a flash drive containing video exhibits. These videos are exhibits 2A and 2B to ECF 41, Response to Motion for Preliminary Injunction filed on February 10th.

The videos are not password protected. If you encounter any issues, please let us know.

Sincerely,

Miller, Canfield, Paddock and Stone, P.L.C.

By: /s/ Ashley N. Higginsonn
    Ashley N. Higginson

ANH

Enclosure





NEOPOST    FIRST-CLASS MAIL
02/11/2021
US POSTAGE $001.20₀

ZIP 48933
041M11280073

# MILLER CANFIELD

Miller, Canfield, Paddock and Stone, P.L.C.
120 N. Washington Square, Suite 900
Lansing, Michigan 48933

**TO**

Clerk of the Court
United States District Court, Western District of Michigan
138 Federal Bldg
315 W Allegan St NW
Lansing, MI 48933