This document is not available for review electronically.
It is available for review at the courthouse.
See W.D. Mich. LCivR 5.7(d)(ii)

# 2



