UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LORI WILSON, on behalf of herself and others similarly situated,

    Plaintiffs,

v.

PECKHAM, INC.,

    Defendant.

_____/

Case No. 1:20-cv-565

Hon. Hala Y. Jarbou

## ORDER

In accordance with the opinion entered this date:

**IT IS ORDERED** that Defendant's motion to dismiss (ECF No. 38), treated as a motion for summary judgment, is **DENIED**.

Dated: July 26, 2021

/s/ Hala Y. Jarbou
HALA Y. JARBOU
UNITED STATES DISTRICT JUDGE