IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LORI WILSON, individuals, and on behalf of all others similarly situated,

    Plaintiffs,

v.

PECKHAM, INC.,

    Defendant.

Civil Case No. 1:20-cv-00565

Hon. Phillip J. Green

## ORDER APPROVING SETTLEMENT AND DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' June 30, 2022 Joint Motion for Approval of FLSA Settlement Agreement and to Dismiss the Case with Prejudice. Accordingly:

**IT IS ORDERED** that the Joint Motion for Approval of FLSA Settlement Agreement and to Dismiss the Case with Prejudice is GRANTED.

**IT IS FURTHER ORDERED** that Plaintiff's Complaint is dismissed with prejudice.

**This is a final order and closes the case.**

Date: July  5 , 2022

/s/ Phillip J. Green
Hon. Phillip J. Green
United States Magistrate Judge